UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN LOMAKOSKI and
DOUGLAS ROWE,

      Plaintiffs,

v.                                                    Civil Case No. 21-10747
                                                      Honorable Linda V. Parker

TOTAL RESPONSE EMS, INC.,

      Defendant.
_____/

## **OPINION AND ORDER LIFTING STAY AND STRIKING DEFENSES**

On October 11, 2022, this Court granted a motion to withdraw as counsel filed by Defendant's then attorney, Saif Kasmikha and Midwest Legal Partners, LLC. (ECF No. 27.) The Court stayed the matter for 45 days to allow Defendant to retain new counsel and advised Defendant that, because corporate entities cannot proceed without an attorney, the failure to retain new counsel "will result in Defendant's defenses being stricken without further notice of the Court, and the Court . . . conduct[ing] further proceedings in its absence in accordance with the law." (*Id.*)

The 45 days have expired and no attorney has entered an appearance on behalf of Defendant on the docket.

Accordingly,

**IT IS ORDERED** that the stay is **LIFTED**.

**IT IS FURTHER ORDERED** that Defendant's defenses are **STRICKEN**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: December 7, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 7, 2022, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan  
Case Manager