UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN LOMAKOSKI; and
DOUGLAS ROWE,

       Plaintiff,                        Civil Action No.: 21-cv-10747

                                          Honorable Linda V. Parker

v

TOTAL RESPONSE EMS,
INC.,

       Defendant.

_____

JAMES B. RASOR  (P 43476)
Rasor Law Firm, PLLC
Attorneys for Plaintiff
201 E. Fourth Street
Royal Oak, MI  48067
248/543-9000 // 248/543-9050 F
jbr@rasorlawfirm.com

_____

### PROOF OF SERVICE OF SERVING DEFAULT JUDGMENT TO DEFENDANT

       The undersigned certified that a copy of the Default Judgment was served upon Joseph Jonna, who has previously signed as an individual who is authorized to accept service on behalf of Defendant. This forgoing instrument was Emailed and Mailed via Certified Mail on **April 10, 2023** by:

- ■ US First Class Mail: 20475 W. 10 Mile Road Southfield, MI 48075
- ☐ Facsimile Transmission
- ☐ Hand Delivery
- ☐ Fed Ex
- ■ Other: Email: josephjonna@totalresponseems.com

/s/ *Stephanie Moore*
Stephanie Moore

Dated: April 6, 2023